## CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE: SEYBERT,J.   DATE: 3/ 4/2019      TIME: 12:00

DOCKET NUMBER: CR 18-614         TITLE: USA-V-ROMANDETTI

DEFT NAME: MARK BURNETT                              DEFT: #4
    _X_ PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   _X_ ON BAIL

    ATTY. FOR DEFT.: WILLIAM WEXLER              C.J.A.
            _X_ PRESENT         ___ NOT PRESENT   _X_ RET

A.U.S.A. CHARLES ROSE                 DEPUTY CLERK: CHARLES BARAN


COURT REPORTER: O. WICKER


_X_  CASE CALLED.  ALL COUNSEL PRESENT.

_X_  DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNTS 1, 2 OF THE INDICTMENT.

_X_  COURT FINDS A FACTUAL BASIS FOR THE PLEA.

_X_  SENTENCE DATE SET FOR  8/23/2019 AT 12:00 N.

_X_  PROBATION DEPARTMENT NOTIFIED.

_X_  DEFT. CONTINUED ON BAIL.

___  OTHER: