

U.S. Department of Justice

United States Attorney
Eastern District of New York

CNR
F. #2018R00843

610 Federal Plaza
Central Islip, New York 11722

March 15, 2019

By ECF

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Christian Romandetti, et al.
               Criminal Docket No. 18-614 (JS)

Dear Judge Seybert:

      The government respectfully writes to request that a proposed stipulation concerning discovery materials that contain personally identifiable information regarding individuals other than the defendants ("PII") be so ordered by the Court. The government makes this application because there is a significant amount of discovery materials to be produced to the defendants that contain PII and it believes that the proposed stipulation will enable expedited production of those materials. The proposed stipulation and order, which has been signed by all parties, is respectfully enclosed for the Court's consideration.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:      /s/
      Charles N. Rose
      Assistant U.S. Attorney
      (631) 715-7844

Enclosure
cc:    All Counsel of Record (By ECF)