**WENGER & ARLIA, ESQS.**
**ATTORNEYS AT LAW**
20 Vesey Street, Suite 210
New York, NY 10007
Tel: (212) 566-6262 – Fax: (212) 608-6262

July 2, 2020

Hon. Joanne Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  United States v. Jeffrey Miller, 18 CR 614 (JS)

Dear Judge Seybert:

     As you are aware, the law firm of Wenger & Arlia Esqs. has been retained to represent the defendant, Jeffrey Miller, in the above-referenced prosecution.  The purpose of this letter is to request the following.

     We would like Mr. Miller to have permission to sell certain stocks.  To sell his holdings (59,588,250 shares) in Industrial Nanotech (INTK) which he has held for many years.  Also, he would like permission to either deposit and sell or sell in certificate form to a colleague to raise money; 86,700 shares of Raindrop Ventures (on the Canadian Stock Exchange).  This company was a spin-off/distribution to all shareholders of Gold Torrent, which Mr. Miller held for many years as well.  These companies recently achieved a level where selling their shares would be most beneficial financially to Mr. Miller.  If the Court would so wish, we would agree to hold the proceeds in Wenger & Arlia's escrow account until the finality of the case.  That money could be used in the future toward restitution and/or forfeiture, if any.

     The second issue relates to the possibility of Mr. Miller accepting some employment as a consultant to a public company (APQT).  The company wishes to retain Mr. Miller's services and to compensate him in company stock, rather than cash payment.

     I have contacted Assistant U.S. Attorney Charles Rose and I have received the Government's approval for this request.  We respectfully await your response.

     If you have any questions or concerns, please call my office.

                                                        Respectfully yours,

                                                        *John Arlia*

JA:ma                                                    John Arlia (JA)6781